## RICHARD A. JONES

### *vs.*

### JOHN RAHILLY.

An appeal does not lie from an order made by the district court dismissing an action before trial upon application of a party.

This action was brought in the district court for Olmsted county and was dismissed upon the application of plaintiff before trial.

The defendant appeals to this court from the order of dismissal.

CHARLES C. WILLSON for Appellant.

H. C. BUTLER for Respondent.

State of Minnesota v. Parrant.

*By the Court*—BERRY, J.—Under *subdivision* 2, *sec.* 242, *ch.* 66 *Gen. Stat.*, this action was before trial dismissed by the district court upon the application of the plaintiff. The present appeal is taken from the order of dismissal; but we think the order not appealable. If it is appealable, it must be by virtue of *subdivision* 5, *sec.* 8, *ch.* 86 *Gen. Stat.*, as an order which in effect determines the action and prevents a judgment from which an appeal may be taken. That it is not an order of that kind is made apparent by the *fifth subdivision of sec.* 242, *ch.* 66 *Gen. Stat.*, which expressly provides for the *entry of judgment* upon orders like that appealed from in this instance.

Appeal dismissed.

---

### *STATE OF MINNESOTA